IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **RONALD JOHN MITCHELL,** | : | |
| Petitioner, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-3532 |
| **PITKINS ET AL.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this ____ of December, 2010, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. 9), **IT IS HEREBY ORDERED** and **DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of *Habeas Corpus* is **DENIED** with prejudice; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

**BY THE COURT:**

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**